IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROCKY W. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-266-SLP |
| | ) |
| STEPHENS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered July 16, 2021 [Doc. No. 15]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is DISMISSED. A Judgment of Dismissal will be filed contemporaneously herewith.

IT IS SO ORDERED this 13th day of August, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE